# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHAD ALSIP, individually and on behalf of similarly situated individuals, ) ) ) | |
| Plaintiffs, ) ) | Case No. 1:25-cv-00833 |
| v. ) ) | Judge Franklin U. Valderrama |
| WELLNESS GROUP PHARMS LLC d/b/a ) AERIZ, WGP HOLDINGS, LLC, WGP ) MANAGEMENT, LLC, AERIZ, LLC, ) AERIZ MANAGEMENT, LLC, ) ) | Magistrate Judge Heather K. McShain |
| Defendant. ) | |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Wellness Group Pharms LLC, WGP Holdings, LLC, WGP Management, LLC, Aeriz, LLC, and Aeriz Management, LLC (collectively, "Defendants") by their undersigned counsel, hereby move this Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), for entry of an order dismissing all counts of Chad Alsip's Complaint. The bases for this Motion are more fully set forth in the accompanying Memorandum in Support.

**WHEREFORE,** Defendants respectfully move for an order dismissing all counts of the Complaint, and for such other relief as this Court deems necessary and just.

Dated: April 7, 2025

Respectfully submitted,

Defendants:
Wellness Group Pharms LLC
WGP Holdings, LLC
WGP Management, LLC
Aeriz, LLC
Aeriz Management, LLC

By: /s/ Robert M. Andalman
Attorney for Defendants

Robert M. Andalman (ARDC No. 6209454)
Rachael Blackburn (ARDC No. 6277142)
**ARONBERG GOLDGEHN DAVIS & GARMISA**
225 W. Washington Street, Suite 2800
Chicago, IL 60606
Telephone: (312) 755-3161
randalman@agdglaw.com
rblackburn@agdglaw.com

## CERTIFICATE OF SERVICE

I, Robert M. Andalman, hereby certify that on April 7, 2025, I caused to be electronically filed the foregoing ***DEFENDANTS' MOTION TO DISMISS THE COMPLAINT***, true and correct copies of which will be served via the Court's EF/ECM system on all parties of record.

/s/ Robert M. Andalman