IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHAD ALSIP, individually and on behalf of similarly situated individuals, <br><br> *Plaintiff*, <br><br> v. <br><br> WELLNESS GROUP PHARMS LLC d/b/a AERIZ, WGP HOLDINGS, LLC, WGP MANAGEMENT, LLC, AERIZ, LLC, AERIZ MANAGEMENT, LLC, <br><br> *Defendants.* | No. 1:25-cv-00833 <br><br> Hon. Franklin U. Valderrama <br><br> Magistrate Judge Heather K. McShain |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Chad Alsip hereby dismisses this action without prejudice against all named defendants.

Dated: April 11, 2025

Respectfully submitted,

*/s/ Kyle A. Shamberg*
Kyle Shamberg
**CARROLL SHAMBERG, LLC**
111 W. Washington Street, Suite 1240
Chicago, IL 60602
kyle@csclassactions.com
(872) 215-6205

Laura Luisi
Jamie Holz
**LUISI HOLZ LAW**
161 N. Clark St., Suite 1600
Chicago, Illinois 60601
Tel: (312) 639-4478
LuisiL@luisiholzlaw.com
HolzJ@luisiholzlaw.com

1

*Attorneys for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

    I, Kyle Shamberg, an attorney, hereby certify that, on April 11, 2025, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

                                            */s/ Kyle Shamberg*
                                            Kyle Shamberg
                                            *One of Plaintiff's Attorneys*