## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Chad Alsip

          Plaintiff,

v.                Case No.: 1:25−cv−00833
                Honorable Franklin U. Valderrama

Wellness Group Pharms LLC, et al.

          Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Sunday, April 13, 2025:

   MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to Plaintiff's notice of voluntary dismissal [17], this case is dismissed without prejudice. Defendants' motion to dismiss [14] is terminated as moot. Civil case terminated. Mailed notice. (jcm)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.